IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RAMIAH WHITESIDE,

                Plaintiff,

    v.

LIZZIE TEGELS, JEFF YAEGER and
CAPTAIN KANNENBERG,

                Defendants.

ORDER

11-cv-662-wmc

---

        In an order entered on October 4, 2011, I gave plaintiff Ramiah Whiteside until October 25, 2011, in which to pay a $182.01 initial partial payment of the $350 filing fee for pursuing his claims against defendants. I told plaintiff that if, by October 25, 2011, he failed to make the initial partial payment or explain his failure to do so, he would be held to have withdrawn this action voluntarily and that in that event, the clerk of court would be directed to close this file without prejudice to plaintiff's filing his case at a later date. Now before the court is a letter from plaintiff dated October 21, 2011, that I construe as a motion for an extension of time to pay the initial partial payment. I will grant plaintiff's motion.

        In his motion, plaintiff says that twice he has asked the business office at the institution to pay the court-ordered partial filing fee. Attached to plaintiff's motion is an Interview / Information Request form which shows the business office's response to plaintiff's information request. The business office response says, "You must attach a completed disbursement, approved by a unit manager." Perhaps plaintiff has complied with this procedure and his request for disbursement of his initial partial payment is in process of being approved. In any event, because the court has not yet received plaintiff's initial partial filing fee and plaintiff's deadline for submitting the fee has now passed, I will grant him an extension of time until November 14,

2011, in which to arrange for payment of the fee. Plaintiff should show a copy of this order to prison officials to ensure that they are aware they should send plaintiff's initial partial payment to this court.

## ORDER

IT IS ORDERED that plaintiff Ramiah Whiteside's motion for an extension of time to pay the initial partial filing fee is GRANTED. Plaintiff may have until November 14, 2011, to submit a check or money order made payable to the clerk of court in the amount of $182.01. If, by November 14, 2011, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing

Entered this 31st day of October, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge