IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RAMIAH WHITESIDE,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                                   Case No. 11-cv-662-wmc

LIZZIE TEGELS, JEFF YAEGER,
CAPTAIN KANNEBERG and
ANNA BOATWRIGHT,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Lizzie Tegels, Jeff Yaeger, Captain Kannenberg and Anna Boatwright denying plaintiff leave to proceed on his due process claim and dismissing this case without prejudice plaintiff's failure to state a claim upon which relief may be granted under 42 U.S.C. § 1983

| /s/ | 10/1/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |